1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BERNARD SMITH,

          Petitioner,

     v.

JAMES ABBOT WARDEN COLORADO
DEPARTMENT OF CORRECTIONS
CANNON CITY COLORADO,

          Respondent.

Case No. C04-5767FDB

ORDER ADOPTING REPORT
AND RECOMMENDATION

     The Court having reviewed the Report and Recommendation of the Hon. J. Kelly Arnold United States Magistrate Judge, and the remaining record, and there being no objections to the Report and Recommendation, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The petition is **DISMISSED WITHOUT PREJUDICE.** This petition is unexhausted.

    (3)    The clerk is directed to send copies of this Order to Petitioner, counsel for respondent and to the Hon. J. Kelley Arnold.

     DATED this 28th day of July 2005.

                           FRANKLIN D. BURGESS
                           UNITED STATES DISTRICT JUDGE

ORDER - 1